

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paul James Grudzien,                        * From the 266th District
                                              Court of Erath County,
                                              Trial Court No. CR13543.

Vs. No. 11-13-00144-CR                       * March 27, 2014

The State of Texas,                          * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.